**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**BEONICA V. GASKILL-CLAYBORN**                                                                 **PLAINTIFF**

**V.**                                                                                                          **NO. 1:20-CV-128-DMB-RP**

**MIGHTY OAKS CHILD DEVELOPMENT**
**CENTER, LLC, et al.**                                                                                     **DEFENDANTS**

## ORDER

On February 26, 2021, the Court held an evidentiary hearing on Beonica V. Gaskill-Clayborn's default judgment damages, during which witnesses testified and evidence was admitted. Gaskill-Clayborn is directed to file no later than March 11, 2021, a post-hearing brief which details the type and amount of damages to which she claims entitlement, and includes authority supporting each request in light of the hearing evidence.

**SO ORDERED**, this 26th day of February, 2021.

                                                                                            /s/Debra M. Brown
                                                                                            **UNITED STATES DISTRICT JUDGE**