IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BEONICA V. GASKILL-CLAYBORN**     **PLAINTIFF**

V.     **NO. 1:20-CV-128-DMB-RP**

**MIGHTY OAKS CHILD DEVELOPMENT
CENTER, LLC and UNEMPLOYMENT
COMPENSATION BOARD OF APPEAL,**
**Commonwealth of Pennsylvania**     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day, judgment is entered in favor of Beonica V. Gaskill-Clayborn against Mighty Oaks Child Development Center, LLC in the total amount of $84,745.70.

**SO ORDERED**, this 22nd day of September, 2021.

                                     /s/Debra M. Brown
                                     **UNITED STATES DISTRICT JUDGE**